# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONI MOLINA, *et al.*, ,
on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.                                                                           CASE NO.:  8:16-cv-02214-JDW-TGW

ACE HOMECARE, LLC,
BRL INVESTMENTS, LLC,
ARTHUR BARLAAN, and
JOCELYN BARLAAN,

    **Defendants.**
_____/

## FLSA SETTLEMENT AGREEMENT

This SETTLEMENT AGREEMENT ("Agreement") is made this 28th day of February 2018, by and between TONI MOLINA ("Named Plaintiff") on behalf of the 116 opt-in Plaintiffs (collectively, "Plaintiffs") against ACE HOMECARE, LLC, BRL INVESTMENTS, LLC, ARTHUR BARLAAN, and JOCELYN BARLAAN (collectively "Defendants").

WHEREAS, MOLINA instituted the above-referenced case in the United States District Court, Middle District of Florida, Tampa Division, alleging violations of the minimum wage provision of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA").

WHEREAS, the remaining Plaintiffs filed Opt-In Consent Forms in which they consented and agreed to be bound by any settlement of this action;

WHEREAS, Defendants denies liability herein and any wrongdoing with respect to Plaintiffs; and

WHEREAS, Plaintiffs and Defendants wish to avoid litigation and settle and resolve the controversy between them amicably and expeditiously;

2

NOW, THEREFORE, in consideration of the mutual covenants set forth herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, it is hereby

STIPULATED AND AGREED by and between the undersigned parties that the above-entitled matter is hereby resolved as follows:

### SETTLEMENT AND RELEASE OF FLSA CLAIMS

1. **Release of FLSA Claims.** This Agreement shall constitute a waiver and release of the Named Plaintiff and Opt-in Plaintiffs, individually and together, have or might have under the FLSA against ACE HOMECARE, LLC, BRL INVESTMENTS, LLC, ARTHUR BARLAAN, and JOCELYN BARLAAN (collectively "Releasees"). Plaintiff TONI MOLINA affirms that she has authority from all other Plaintiffs to the above-captioned lawsuit to execute this Agreement on their behalves, and for this Agreement to be binding upon them.

2. **The FLSA Settlement Classes.** This Agreement shall be binding upon the following collective action classes whose members affirmatively timely opted-in:

**Nurse Putative FLSA Minimum Wage Putative Class:**
All nurses employed by ACE Homecare, LLC who were not paid minimum wage between February 29, 2016 to March 13, 2016.

**Non-nurse Putative FLSA Minimum Wage Putative Class:**
All other employees employed by ACE Homecare, LLC who were not paid minimum wage between February 29, 2016 to March 13, 2016.

    a. **Settlement Sum to Plaintiffs.** Defendants ACE HOMECARE, LLC, BRL INVESTMENTS, LLC, and ARTHUR BARLAAN, and JOCELYN BARLAAN, agree to entry of a stipulated judgment against each of them, jointly and severally, in the amount of $94,133.57 in damages to the Plaintiffs to be divided as set forth in the attached stipulated judgment and,

additionally, $100,000.00 representing attorneys' fees and costs. A proposed judgment is attached hereto as Exhibit A-1.

3. **SEVERABILITY**. Except as set forth below, should any provision of this Agreement set forth herein be declared illegal or unenforceable by any court of competent jurisdiction, such that it cannot be modified to be enforceable, excluding the FLSA release language, such provision shall immediately become null and void, leaving the remainder of this Agreement in full force and effect.

4. **VENUE AND GOVERNING LAW**. This Agreement shall be governed by the laws of the State of Florida without regard to its conflict of laws provisions. In the event of any action arising hereunder, venue shall be proper in a court whose jurisdiction includes Hillsborough County, Florida.

5. **ENTIRE AGREEMENT**. This Agreement sets forth the entire agreement between Plaintiffs and Defendant, and it supersedes any and all prior oral or written agreements, understandings, representations or warranties between the parties.

6. **AMENDMENTS**. This Agreement may not be amended, modified, altered, or changed, except by a written agreement which is both signed by all parties and which makes specific reference to this Agreement.

7. **EXECUTION IN COUNTERPARTS**. This Agreement may be executed in any number of counterparts, each of which when executed and delivered shall be considered an original. All the counterparts together shall constitute one and the same instrument.

_/s/ V Molina_
TONI MOLINA, on behalf of herself and all other Opt-In Plaintiffs

ACE HOMECARE, LLC

Sign: _____

Print: _____

Title: _____

BRL INVESTMENTS, LLC

Sign: _____

Print: _____

Title: _____

ARTHUR BARLAAN

Sign: _____

Print: _____

JOCELYN BARLAAN

Sign: _____

Print: _____

5

TONI MOLINA, on behalf of herself and all other Opt-In Plaintiffs

ACE HOMECARE, LLC

Sign: _____ CEO

Print: Jocelyn L. Barlaan

Title: CEO

BRL INVESTMENTS, LLC

Sign: _____, Manager

Print: Arthur S. Barlaan

Title: Manager

ARTHUR BARLAAN

Sign: _____

Print: Arthur S. Barlaan

JOCELYN BARLAAN

Sign: _____

Print: Jocelyn L. Barlaan